VICTOR SHERMAN (SBN 38483)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, California 90405-2215

Office:       (310) 399-3259
Facsimile:    (310) 392-9029
Email:        ssvictor@aol.com

Attorneys for Defendant
SATINDERPAL SINGH BILING

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 11-00222-LJO |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON** |
| v. ) | |
| SATINDERPAL SINGH BILING,, ) | |
| Defendant. ) | |

The Court has ordered that motions in this case be heard on October 28, 2011 at 10:30 a.m.  Just recently, however, defense counsel was informed that he has to travel to the East Coast on an emergency matter on October 28, 2011.  Defense counsel has conferred with government counsel in the matter and has determined that November 18, 2011 would be an acceptable alternate hearing date.

The parties, therefore, stipulate and request that the motions hearing in this matter be continued to November 18, 2011 at 10:30 a.m., with time excluded from now until the disposition of all motions, on the bases that motions will be under advisement, and the ends of justice accomplished by allowing for the preparation of briefing and for all parties to be present at the motions hearing outweigh the

defendant's and public's interest in a speedy trial.  18 U.S.C. § 3161(H)(1)(D); 18 U.S.C. § 3161(H)(7)(A).

DATED: September 16, 2011                    Respectfully submitted,

                                                    SHERMAN & SHERMAN
                                                    A Professional Law Corporation

                                                    /s/Victor Sherman
                                         By:  _____
                                                    VICTOR SHERMAN
                                                    Attorney for Defendant
                                                    Satinderpal Singh Biling

DATED: September 16 , 2011                    BENJAMIN B. WAGNER
                                                    Untied States Attorney

                                                    /s/Yasin Mohammad
                                         By:  _____
                                                    YASIN MOHAMMAD
                                                    Attorney for Plaintiff
                                                    Untied States of America

    The motions hearing in this matter are continued to November 18, 2011 at 10:30 a.m., with time excluded from now until the disposition of all motions on the bases that motions will be under advisement and the ends of justice accomplished by allowing for the preparation of briefing and for all parties to be present at the motions hearing outweigh the defendant's and public's interest in a speedy trial.  18 U.S.C. § 3161(H)(1)(D); 18 U.S.C. § 3161(H)(7)(A).

IT IS SO ORDERED.

**Dated:   September 21, 2011**          **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE