IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>SATINDERPAL SINGH BILING,<br><br>                Defendant. | CASE NO.  1:11-cr-222  LJO<br><br>**ORDER RESETTING MOTIONS DEADLINES** |

IT IS HEREBY ORDERED THAT the government shall respond to the defendant's motion to suppress by October 28, 2011. The defendant shall reply by November 4, 2011. Speedy trial time shall be excluded through the disposition of any and all pending motions. 18 U.S.C. 3161(H)(1)(D)

Dated: September  28, 2011                                /s/ Lawrence J. O'Neill
                                                                           HON. LAWRENCE J. O'NEILL
                                                                           United States District Judge