VICTOR SHERMAN (S.B.N. 38483)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, CA 90405
Telephone:     310-399-3259
Facsimile:      310-391-9029

ROBERT L. FORKNER (CSB#166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:     209-544-0200
Facsimile:      209-544-1860

Attorneys for Defendant
SATINDER SINGH BILING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-00222-LJO |
| Plaintiff, | STIPULATION AND ORDER CONTINUEING CHANGE OF PLEA HEARING |
| vs. | |
| SATINDER SINGH BILING et al., | |
| Defendant. | |

Defendant SATINDER S. BILING, through his attorneys VICTOR A. SHERMAN and ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, YASIN MOHAMMAD, Assistant United States Attorney, hereby stipulate and request the following:

1. A plea agreement in this case has been filed with the court.  Defense counsel, however, is not available on November 21, 2011, the current date set for the change-of-plea hearing.

2. Therefore, Defense requests that the change of plea hearing in this matter be continued to December 12, 2011 at 1:00 p.m.  The government agrees to stipulate to that request.

3. Furthermore, all parties agree and stipulate that speedy trial time be excluded, because the ends of justice accomplished by allowing for defense counsel's availability outweigh the defendant's and public's interest in a speedy trial, and because a motion is pending.

        Respectfully Submitted,

DATED: November 17, 2011        /S/ ROBERT L. FORKNER
        ROBERT L. FORKNER
        Attorney for Defendant


DATED: November 18, 2011        Benjamin B. Wagner
        United States Attorney

        By:  /s/ Yasin Mohammad
        YASIN MOHAMMAD
        Assistant United States Attorney

**ORDER**

The November 21, 2011 change-of-plea hearing is continued to December 21, 2011 at 1:00 p.m. The Court finds that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  Time is excluded pursuant to 18 U.S.C. §3161(H)(7)(B)(iv) from the date of this order to December 12, 2011.

IT IS SO ORDERED.

Dated:   **November 21, 2011**           **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE